CHARLES S. ROSS et al., appellants,

*v.*

AMELIA R. SPARKS et al., respondents.

[Argued December 7th, 1911. Decided March 4th, 1912.]

On appeal from an order of the court of chancery advised by Vice-Chancellor Leaming, whose opinion is reported *ante p. 99.*

*Mr. Timothy J. Middleton* and *Mr. John J. Crandall,* for the appellants.

*Mr. Thomas E. French,* for the respondents.

PER CURIAM.

The order appealed from will be affirmed for the reasons stated in the opinion filed in the court below by Vice-Chancellor Leaming.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, PARKER, BERGEN, VOORHEES, KALISCH, BOGERT, VREDENBURGH, VROOM, CONGDON, WHITE—12.

*For reversal*—None.